JOHN RAY AND ASSOCIATES
NEW YORK ATTORNEYS

| MANHATTAN | LONG ISLAND |
|---|---|
| 5 E. 22ND Street, 17TH Floor | 122 North Country Road |
| At Broadway | Miller Place, New York 11764-1430 |
| New York, New York 10010 | 631-473-1000 |
| 1-866-88NYLAW | |

SEND ALL MAIL TO:

P.O. BOX 5440
MILLER PLACE, NEW YORK 11764-1117

Via Email bzpo@cand.uscourts.gov

November 2, 2009

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attn:   Rose

     Re:   O'Keefe v. Blue & Gold Fleet, L.P.
            C 09-3157 BZ
            Our File No. 1221011N106

Dear Rose:

     This correspondence shall supplement my voice message to Courtroom Deputy Ada Yiu requesting an adjournment of the hearing in the above referenced matter before U.S. Magistrate Zimmerman on November 2, 2009 at 4:00 P.M. We spoke to Ms. Yiu and she authorized us to fax this letter as we are not registered on the electronic filing in this court.

     Our office is unable to appear, but we are willing to conference the matter by telephone at 631-473-1000.

     There have been settlement discussions with New York counsel for the Defendant, Edward Flood, Esq.

     Mr. Flood, however advised me that California counsel, James Tamulski, Esq. (415-227-9455) will not consent to a short adjournment to enable me to discuss the final settlement offer with the Plaintiff or to ultimately retain local counsel for her.

    Accordingly I hereby respectfully request that the court grant me permission to appear telephonically on Monday, November 2, 2009 at 4:00 P.M. Pacific Standard Time.

                                              Respectfully,
                                              /s/

                                              Robert R. Meguin

RRM:mac
Enc.   James Tamulski, Esq. (Via e-mail)



DATED:  November 2, 2009

```
Counsel shall
contact CourtCall,
telephonic court
appearances at
1-888-882-6878, and
make arrangements
for the telephonic
conference call.
```