UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELEN O'KEEFE, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-3157 BZ |
| | ) | |
| v. | ) | **CONDITIONAL ORDER** |
| | ) | **OF DISMISSAL** |
| BLUE & GOLD FLEET L.P., | ) | |
| | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: December 3, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\O'KEEFE 30 DAY COND DISM.wpd

1